UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

YAISHA HODGES,

    Plaintiff,

v.

FREDDIE RUFUS,

    Defendant.

Case No. 2:19-cv-1741
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

On May 6, 2019, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 4) recommending that the Court **DISMISS** this action for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review by a District Judge. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.

Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 4). The Court **DISMISSES with PREJUDICE** Plaintiff's claim. The Court **DIRECTS** the Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

5-24-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE